United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL J. BRUZZONE, INC.,<br><br>Defendant. | Case No. 24-cv-03166-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Docket No. 18 |

Currently pending before the Court is Plaintiff Richard Sepulveda's motion for default judgment against Russell J. Bruzonne, Inc., which operates Marathon Gas at 1135 Moraga Way, Moraga, California ("Marathon Gas"). Plaintiff Richard Sepulveda ("Plaintiff" or "Mr. Sepulveda") seeks a default judgment on his ADA claim only. Dkt. 18 (Mot.). As relief, Plaintiff asks for an injunction as well as attorneys' fees and costs. *Id.*

After Plaintiff filed his motion for default judgment on the ADA claim, the Court requested supplemental briefing related to Plaintiff's standing to seek injunctive relief. Dkt. 19. Specifically, on February 10, 2025, the Court requested that Plaintiff file a supplemental brief regarding "why Plaintiff must frequent the subject Marathon Gas location in Moraga" and a declaration "establishing Plaintiff's regular patronage of the subject Marathon Gas location in the six months preceding the filing of this order." *Id.*

Plaintiff has failed to establish that he has standing to seek injunctive relief. Notably, Plaintiff was unable to establish any patronage of Marathon Gas in the six months before February 10, 2025, as requested by the Court. Plaintiff attached as evidence of his patronage a single receipt dated February 19, 2025 – a date following the Court's order requesting historical evidence of Mr. Sepulveda's visits to the subject Marathon Gas location. Dkt. 21 (Sepulveda Decl.). Thus,

1  Plaintiff has failed to demonstrate that he regularly visits Marathon Gas.

2  Further, Plaintiff's rationale regarding why he must frequent the subject Marathon Gas is

3  unpersuasive. Plaintiff states:

> I plan to go to Marathon Gas from time to time when I go to visit my doctors. In general, I like to travel around and see new and existing places that I have sued, and not just stick to gas stations and restaurants that are right off the freeway.

*Id.* at 2. However, the subject Marathon Gas location is nowhere near the most efficient route to his doctors' appointments. Plaintiff travels from his residence in Manteca to the Veterans Affairs ("VA") medical facilities in Oakland and San Francisco for his doctors' appointments. *Id.* at 1; Dkt. 1 at 6 (Compl.). However, the most efficient routes to the VA medical facilities use the I-580 W freeway whereas the path through Moraga involves traveling on the CA-24 W freeway. The Court takes judicial notice of the following:

- The most efficient route from Manteca to the Oakland VA Outpatient Clinic is approximately 66.6 miles. It is on I-580 W, which is nowhere near the subject Marathon Gas location in Moraga.



- The distance from Manteca to Marathon Gas to the Oakland VA Outpatient Clinic is approximately 77.8 miles and includes the detour depicted by Google Maps below.

2



- The most efficient route from Manteca to the San Francisco VA Medical Center is approximately 81.4 miles. It is also on I-580 W passing through Oakland and goes nowhere near the subject Marathon Gas in Moraga.



- The distance from Manteca to Marathon Gas to the San Francisco VA Medical Center is approximately 92.4 miles and includes the detour depicted by Google Maps below.



Thus, the subject Marathon Gas location is not en route from Manteca to the VA medical facilities in Oakland or San Francisco. As depicted, Moraga is well off the freeway Mr. Sepulveda would likely use to travel from Manteca to Oakland and San Francisco. Consequently, the Court finds Mr. Sepulveda's explanation regarding why he must frequent the subject Marathon Gas location in Moraga implausible. Therefore, because Mr. Sepulveda has failed to establish standing to pursue injunctive relief for his ADA claim, the Court **DENIES** his motion for default judgment.

**IT IS SO ORDERED**.

Dated: February 27, 2025

_____
EDWARD M. CHEN
United States District Judge